■ BOUDEWIJN EDENS, Also Known as BOB EDENS, Respondent, v TOURAGENT INTERNATIONAL, INC., Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on December 19, 1977 (based on the memorandum decision of Baer, J., dated Jan. 10, 1977), unanimously affirmed (see *North Shore Bottling Co. v Schmidt & Sons,* 22 NY2d 171, 176-177). The respondent shall recover of the appellant $60 costs and disburse-

ments of this appeal. No opinion. Concur—Lupiano, J. P., Birns, Lane, Markewich and Sandler, JJ.